# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00314-CV

**August Petersen, Patsy Petersen and State Farm Lloyds as Subrogee of August and Patsy Petersen, Appellants**

**v.**

**Permian Plastering, Inc., Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT NO. GN501914, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Appellants August Petersen, Patsy Petersen and State Farm Lloyds as Subrogee of August Petersen and Patsy Petersen and appellee Permian Plastering, Inc., no longer wish to pursue this appeal and have filed an agreed motion for dismissal with prejudice. We grant the motion and dismiss the appeal with prejudice. Tex. R. App. P. 42.1(a).

_____

Jan P. Patterson, Justice

Before Justices B. A. Smith, Patterson and Puryear

Dismissed on Joint Motion

Filed:   December 1, 2005